**Entered on Docket**
**January 28, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

*Relodge*

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the Terwin Mortgage
Trust 2006-17HE, Asset-Backed Certificates, Series 2006-17HE

09-77872

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-S-09-31649-lbr |
|---|---|
| Maria Guadalupe Galindo | Date:  12/23/2009<br>Time: 10:00 am |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3   Secured Creditor Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the

4   Terwin Mortgage Trust 2006-17HE, Asset-Backed Certificates, Series 2006-17HE, its assignees and/or

5   successors in interest, of the subject property, generally described as 5300 Styers Street, North Las

6   Vegas, NV 89031, and legally described as follows:

7

8    THAT PORTION OF THE SOUTHWEST QUARTER (SW 1/4) OF THE NORTHEAST
     QUARTER (NE 1/4) OF SECTION 31, TOWNSHIP 19 SOUTH, RANGE 61 EAST, M.D.B.
9    & M., DESCRIBED AS FOLLOWS:

10   LOT 515A DEPICTED ON THAT CERTAIN RECORD OF SURVEY IN ALE 52, PAGE 70
     IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA HAD
11   RECORDED OCTOBER 18,1989 IN BOOK 891018 OF OFFICIAL RECORDS AS
     DOCUMENT NO. 00517, ADOPTED AND APPROVED AS SET FORTH IN JUDGMENT
12   AND DECREE QUIETING TITLE AND PRIOR DECISIONS AND ORDERS FILE IN CASE
     NO. A233462 AND CASE NO. A274127 IN THE EIGHT JUDICIAL DISTRICT COURT OF
13   THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK AND RECORDED
     OCTOBER 26, 1989 IN BOOK 891026 AS DOCUMENT NO. 794 OF OFFICIAL RECORDS,
14   CLARK COUNTY, NEVADA.

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

1    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2    **give Debtor at least seven business days' notice of the time, place and date of sale.**

3    DATED this _____ day of _____2009

4    Submitted by:

5    **WILDE & ASSOCIATES**

6    By:___ /s/Gregory L. Wilde, Esq___

7    **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor

8    208 South Jones Boulevard
     Las Vegas, Nevada 89107

9
     APPROVED / DISAPPROVED

10
11   By:_____
     Michael J. Dawson

12   515 South 3rd Street
     Las Vegas, NV 89101

13   Attorney for Debtor(s)

14   Nevada Bar No:_____

15   ...

16
17   APPROVED / DISAPPROVED

18   By:_____
     Joseph B. Atkins

19   5030 Paradise Road #B-213

20   Las Vegas, NV  89119
     Chapter 7 Trustee

21
22
23
24
25
26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____    No parties appeared or filed written objections, and the trustee is the movant.

__x__    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document


_____    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document


_____    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor